# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JULIE D. FRIEDEWALD,

        Plaintiff

        vs.                            Case No. 17-cv-03427

SUMMIT CENTER FOR HEALTH, LLC, an      Hon. John J. Tharp, Jr.
Illinois Corporation, LIPOGEMS
INTERNATIONAL, SpA, an Italian
Corporation, LIPOGEMS USA, INC., a Georgia
Corporation, LIPOGEMS USA HOLDINGS,
LLC, a Georgia Limited Liability Corporation,
LIPOGEMS SPO, LLC, a Georgia Limited
Liability Corporation, MARK J. HOLTERMAN,
M.D., and CARLO TREMOLADA, M.D.,

        Defendants.

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on the **13th day of June, 2017, at 9:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John J. Tharp, Jr., or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1419 of the United States District Court - Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached **Plaintiff's Motion for Leave to Voluntarily Dismiss Pursuant to FRCP 41(a)(2).**

                                                       JULIE D. FRIEDEWALD

                                                       //s/ James A. Karamanis
                                                       James A. Karamanis

James A. Karamanis, Esq.
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Suite 3050
Two Prudential Plaza
Chicago, Illinois 60601
Tel.: 312/553-5300
james@bkchicagolaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 9, 2017, and pursuant to F.R.C.P. 5(a), he caused to be filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in any case who are registered CM/ECF users will be served by the CM/ECF system. In addition, paper copies of the foregoing document were served on this date via First Class U.S. Mail, addressed to each party's last known address, as follows:

SUMMIT CENTER FOR HEALTH, LLC
c/o PRM, Ltd. – Registered Agent
15 Spinning Wheel Rd., Suite 227
Hinsdale, IL. 60521

LIPOGEMS INTERNATIONAL, SpA
Viale Bianca Maria 24
Milan, Lombardia  20129
ITALY

LIPOGEMS USA, INC.
c/o Corporation Service Company
40 Technology Parkway South, Suite 300
Gwinnett, Norcross, GA  30092

LIPOGEMS USA HOLDINGS,  LLC
c/o Corporation Service Company
40 Technology Parkway South, Suite 300
Gwinnett, Norcross, GA  30092

LIPOGEMS SPO, LLC
C/O Richard L. Haury, Jr.
1880 Beaver Ridge Circle
Swinnett, Norcross, GA  30071

MARK J. HOLTERMAN,  M.D.
1515 Park Avenue, #C001
River Forest, IL.  60305-1023

CARLO TREMOLADA, M.D.
Viale Bianca Maria 24
Milan, Lombardia  20129
ITALY

Respectfully submitted,

By: /s/James A. Karamanis