## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Julie D. Friedewald

                        Plaintiff,

v.                                              Case No.: 1:17−cv−03427
                                                           Honorable John J. Tharp Jr.

Summit Center for Health, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 12, 2017:

      MINUTE entry before the Honorable John J. Tharp, Jr:Plaintiff's motion for leave to voluntarily dismiss [7] is granted. No appearance on the motion is required. This case is dismissed without prejudice and with leave to refile within one year. All future deadlines and hearings are stricken; all pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.